BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Bullock

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 03-0005 VRW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION REGARDING** |
| vs. | ) | **SENTENCE REDUCTION UNDER** |
| | ) | **U.S.S.G. AMENDMENT 706 (AS** |
| LAWRENCE BULLOCK, | ) | **AMENDED BY 711)** |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant's original guideline calculation was as follows:

    Total Offense Level: 33

    Criminal History Category: III

    Guideline Range: 168-210

    Mandatory Minimum: 120 months

2. Defendant was sentenced to 168 months imprisonment on July 13, 2004.

3. Defendant's current projected release date is May 19, 2015.

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

Stip and Proposed Order Reducing Sentence       1

3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual.

5. Defendant's revised guideline calculation is as follows:

Total Offense Level: 31

Criminal History Category: III

Guideline Range: 135-168

6. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 135 months is appropriate in this matter.

8. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

10. Defendant waives his right to appeal the district court's sentence.

11. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

///

///

///

///

IT IS SO STIPULATED:

/s/

Date: November 7, 2008

Rita Bosworth
Assistant Federal Public Defender
Counsel for Lawrence Bullock

/s/

Date: November 7, 2008

Jeane Hamilton
Assistant United States Attorney

**ORDER**

Based on the above stipulation, the Court hereby ORDERS the following:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. **The original Judgment in the above-captioned case is AMENDED to impose a term of imprisonment of 135 months.** All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3. Defendant's original guideline calculation was as follows:

    Total Offense Level:   33

    Criminal History Category:   III

    Guideline Range:   168-210

    Mandatory Minimum: 120 months

    Sentence Imposed:   168 months

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission

| | |
|---|---|
| 1 | Guidelines Manual; |
| 2 | 5. Defendant's revised guideline calculation is as follows: |
| 3 | Total Offense Level: 31 |
| 4 | Criminal History Category: III |
| 5 | Guideline Range: 135-168 |
| 6 | 6. Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43, |
| 7 | 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v.* |
| 8 | *United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. |
| 9 | 2007). |
| 10 | 7. Defendant has waived his right to appeal the sentenced imposed by this Order. |
| 13 | Date: 11/6/2008 |



Honorable Vaughn R. Walker
Chief United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

Stip and Proposed Order Reducing Sentence        4