BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor, Federal Building, Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BULLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-0005 VRW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| vs. ) | **ORDER REGARDING SENTENCE** |
| ) | **REDUCTION UNDER U.S.S.G. §** |
| LAWRENCE BULLOCK, ) | **1B1.10(b)(1) (AS AMENDED BY 750,** |
| ) | **PARTS A & C)** |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The defendant is making an unopposed motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:   33

   Criminal History Category:   III

   Guideline Range:   168-210

   Mandatory Minimum: 120 months

3. Defendant was sentenced to 168 months imprisonment on July 13, 2004.

4. On November 13, 2008, the defendant's sentence was reduced to 135 months.

5. According to the Bureau of Prisons, defendant's current projected release date is November 29, 2012.

6. Effective November, 1, 2011, defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A and C, of the United States Sentencing Guidelines Manual.

7. Defendant's revised guideline calculation is as follows:

   Total Offense Level:   29

   Criminal History Category:   III

   Guideline Range:   108-135 months

8. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

9. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing defendant's sentence to 120 months.

10. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

11. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).

12. Defendant waives his right to appeal the district court's sentence.

13. Accordingly, the parties agree that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 750, Parts A and C, of the Sentencing Commission Guidelines Manual.  The parties agree that a proposed amended judgment will be submitted to the Court by the probation office, along with the Sentencing Reduction Investigation Report.

IT IS SO STIPULATED:

/s/

Date:   11/15/11

RITA BOSWORTH
Assistant Federal Public Defender

/s/

Date:   11/15/11

J. DOUGLAS WILSON
Assistant United States Attorney

[~~PROPOSED~~] ORDER

Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED that the defendant's sentence is reduced to 120 months; and it is further ORDERED that all original conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

Date:   11/29/11

United States District Judge